In the Matter of the Liquidation of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Appellant; GERTRUDE E. CORON, Individually and as General Guardian of VILMA CORON et al., Respondent.

Argued September 25, 1939; decided October 10, 1939.

*Irvin Waldman* and *Alfred C. Bennett* for appellant.
*Abraham Franzbau* for respondent.

Order affirmed, with costs; no opinion. (See 281 N. Y. 830.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.